IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY T. ARMIJO,

    Plaintiff,

vs.                                                  Civ. No. 18-914 KG/GBW

COUNTY OF BERNALILLO, et al

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Voluntary Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE